BESSIE V. BRAMAN, Respondent, v. HAROLD A. BRAMAN, Appellant, Impleaded with Others.— Order affirmed. with twenty dollars costs and disbursements, with leave to the defendant, appellant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL WEINBERG, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant, Impleaded with Another.— Determination modified by providing that the order of the City Court is modified by granting a preference over other issues noticed for the same term, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant in this court and ten dollars costs and disbursements in the Appellate Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [146 Misc. 758.]

BLANCHE DAVIS, Respondent, v. BENJAMIN LEAVIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN J. CAGNEY, Appellant, v. MARY F. CAGNEY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUIS BERESNICK and HARRY SCHREIBMAN, Respondents, v. UMBERTO CORRADO and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ERNESTO GISOLFI, Respondent, v. INTERCOAST TRADING COMPANY, Defendant, Impleaded with TRANSAMERICA CORPORATION, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROSE ZUCKER and JACOB WOLF, Respondents, v. DAVID ENGLER, Defendant, Impleaded with TERMINAL CAB CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

TILLIE ADLER and DAVID ADLER, Respondents, v. MONARCH TRANSPORTATION Co., INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

IRENE DRAKE, Respondent, v. PHILIP J. DRAKE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ANNA EBERLE, as Administratrix of the Estate of FRANK EBERLE, for Leave to Accept Proceeds of Judgment in a Cause of Action for Negligence, Causing the Death of Decedent. PRESTON B. HANDY, Appellant; ELIZABETH ROBINSON, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.